RECEIVED
STATESVILLE, N.C.
SEP 13 2013
Clerk, U.S. Dist. Court
W. Dist. of N.C.

FILED
STATESVILLE, N.C.
SEP 11 2013
U.S. District Court
Western District of N.C.

RECEIVED
CHARLOTTE, N.C.
SEP 11 2013
Clerk, U.S. Dist. Court
W. Dist. of N.C.



# NORTH CAROLINA WESTERN
## MEMORANDUM

**Date:** 8/20/2013

**To:** The Honorable Richard L. Voorhees
United States District Judge

**From:** Jason M. Kemp
United States Probation Officer

**Subject:** ALLEY, Lisa Marie
Dkt. No. 5:12CR00035-RLV-DCK-1
**REQUEST TO DESTROY SEIZED PROPERTY**

---

On 03/16/2007, the defendant was sentenced in the Western District of Virginia pursuant to a conviction for Conspiracy to Possess with Intent to Distribute More than 500 Grams of Methamphetamine. She was ordered to serve 66 months' imprisonment, followed by five (5) years of supervised release. Her term of supervised release commenced in the Western District of North Carolina on 07/30/2010. Jurisdiction of the defendant's case was transferred to the Western District of North Carolina on 09/13/2012.

On 02/28/2013, the defendant voluntarily surrendered total of eight (8) miscellaneous documents pertaining to the online purchase of illegal synthetic substances. These substances were purchased by the defendant's sister who was residing with her at the time. The information was forwarded to the Drug Enforcement Agency (DEA) for further investigation. It is respectfully requested that the Court authorize destruction of the aforementioned item(s).

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7617, should you have any questions.

---

THE COURT ORDERS:

☑ Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☐ Return Seized Property to the Defendant

*(signed)* _____   8-28-13
Signature of Judicial Officer  USPJ          Date
                               WPNC